# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.J. BRUBAKER, J.P. LISIECKI**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**JUAN LEON, JR.**
**AVIATION ELECTRICIAN'S MATE SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201400372**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 13 June 2014.
**Military Judge:** CAPT A.H. Henderson, JAGC, USN.
**Convening Authority:** Commanding Officer, Naval Air Station, Lemoore, CA.
**Staff Judge Advocate's Recommendation:** LT D.A. Christenson, JAGC, USN.
**For Appellant:** Maj John Stephens, USMC.
**For Appellee:** Mr. Brian K. Keller, Esq.

**26 February 2015**

---------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court